```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                                    :
STEPHANIE SMITH,                    :   CIVIL ACTION NO. 05-533 (MLC)
                                    :
     Plaintiff,                     :   MEMORANDUM OPINION
                                    :
     v.                             :
                                    :
CARLOS LOPEZ,                       :
                                    :
     Defendant.                     :
                                    :
```

**THE PLAINTIFF MOVING** to remand the action to New Jersey Superior Court, Mercer County, for lack of jurisdiction under 28 U.S.C. § ("Section") 1332 (dkt. entry no. 4); and the plaintiff contending she:

> represented to . . . the Defendant that . . . the value of the case does not arise to the jurisdictional amount necessary to maintain an action based on diversity. There is an agreement between [the parties] that the above-captioned matter shall be remanded back to the Superior Court of New Jersey, Mercer County

(4-21-05 Cohen Aff., at 2); and the plaintiff certifying "that the parties consent to the entry of the order to grant Plaintiff's motion to remand" (Cohen Cert., at 1); and thus the Court intending to grant the motion and to remand the action to state court; and good cause appearing, the Court will issue an appropriate order and judgment.

                              s/ Mary L. Cooper
                              **MARY L. COOPER**
                              United States District Judge